G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
TEDDY GUERRERO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY GUERRERO<br><br>    Plaintiff,<br><br>vs.<br><br>CIG FINANCIAL GROUP, LLC; and DOES 1 to 10, inclusive,<br><br>    Defendants | Case No.: 12-cv-05460 PSG(JPx)<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, TEDDY GUERRERO (hereinafter "Plaintiff"), by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case without prejudice.

RESPECTFULLY SUBMITTED,

DATED: August 20, 2012        **PRICE LAW GROUP APC**
                              By: /s/ G. Thomas Martin, III
                                  G. Thomas Martin, III
                                  Attorney for Plaintiff